

# NUMBER 13-21-00274-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**IN RE GREG ABBOTT, IN HIS OFFICIAL CAPACITY
AS GOVERNOR OF THE STATE OF TEXAS, AND KEN PAXTON,
IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL
OF THE STATE OF TEXAS**

---

## On Petition for Writ of Mandamus.

---

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Silva
Order Per Curiam**

Relators Greg Abbott, in his official capacity as Governor of the State of Texas, and Ken Paxton, in his official capacity as Attorney General of the State of Texas, have filed a petition for writ of mandamus through which they assert that the trial court clearly abused its discretion in enjoining the enforcement of Executive Order GA-38 issued pursuant to the Governor's authority under the Texas Disaster Act. In the underlying

proceedings, Point Isabel Independent School District (Point Isabel ISD) filed suit against relators seeking injunctive relief against the enforcement of Executive Order GA-38, which, among other provisions, forbids local governmental entities from requiring individuals to wear face coverings. The trial court issued a temporary restraining order enjoining enforcement of GA-38 against Point Isabel ISD and all Texas Independent School Districts. Relators have filed an emergency motion for temporary relief seeking to stay the trial court's order. This morning, August 30, 2021, Point Isabel ISD filed an opposition to relators' emergency motion for temporary relief.

The Court, having examined and fully considered relators' emergency motion for temporary relief and Point Isabel ISD's opposition thereto, is of the opinion that the emergency motion for temporary relief should be denied. Accordingly, we deny the relators' emergency motion for temporary relief. The Court requests that the real party in interest, Point Isabel ISD, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Justice Silva, dissenting in part, would grant relators' emergency motion for temporary relief.

Delivered and filed on the
30th day of August, 2021.

2